1C

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

Case Title: _Brown vs_        Case Number: _1:26-CV-02388_

An appearance is hereby filed by the undersigned as a pro se litigant:

Name: _Amir A.H. Shakur_

Street Address: _14348 S. Bensley Ave_

City/State/Zip: _Chicago, IL 60633_

Phone Number: _____

_____          _May 21, 2026_
Signature                     Executed on (date)

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[✓] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

_Amirshakurspeaks@gmail.com_
**E-Mail Address (Please PRINT legibly.)**

**FILED**

MAY 21 2026

Rev. 06/23/2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT