IC
FILED
SEP 29 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**JEDIDIAH BROWN,**
**Plaintiff,**
**v.**
**AMIR A.H. SHAKUR,**
Defendant.
Case No. 1:26-cv-02388
Honorable [Assigned District Judge]

**DEFENDANT'S MOTION FOR A STATUS REVIEW AND RULING ON PENDING MOTIONS**

**NOW COMES** the Defendant, Amir A.H. Shakur, appearing *pro se*, and respectfully moves this Honorable Court to review the current status of the docket, consider Defendant's previously filed motion(s)—specifically including the Motion to Dismiss and Motion for Rule 11 Sanctions along with the corresponding Reply Brief filed on June 12, 2026—and advance this matter toward a ruling or appropriate case progression [cite: 1]. In support thereof, Defendant states as follows:

1. **Current Procedural Posture:** Defendant filed his pro se appearance on May 21, 2026, and subsequently submitted his fully briefed motion to dismiss and motion for Rule 11 sanctions, supported by a Reply Brief filed on June 12, 2026[cite: 1].
2. **Need for Judicial Review and Determination:** The pending motions are fully briefed and ripe for consideration. A ruling from the Court or an order setting a status hearing will help clarify the active scope of the litigation and guide the parties on next steps.
3. **Interest of Justice:** Prompt resolution of pending dispositive and procedural matters serves the interests of judicial economy and ensures the fair, orderly administration of justice.

**WHEREFORE**, Defendant Amir A.H. Shakur respectfully requests that this Honorable Court review the active status of this case, enter a ruling on the pending motions, or alternatively set this matter for a status hearing at the earliest convenience of the Court.

Respectfully submitted,
/s/ Amir A.H. Shakur

Amir A.H. Shakur
Defendant, *Pro Se*
Chicago, Illinois
Email: amirshakurspeaks@gmail.com