**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jedediah Brown
Plaintiff,
v.
Amir A.H. Shakur
Defendant.

Case No.: 1:26−cv−02388
Honorable April M. Perry

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 1, 2026:

MINUTE entry before the Honorable April M. Perry: Motion for status review and ruling [18] is granted, in part. The status of the case is that the pending motions are fully briefed and have been taken under advisement. Each year, Judge Perry receives more than 100 dispositive (that is, case−determinative) motions, and unless they present an emergency, addresses them in roughly the order in which they are received. There are approximately 20 dispositive motions ahead of this one currently in Judge Perry's queue. The parties are encouraged to exercise patience. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.